UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON TYRONE PALMER,

    Plaintiff,

v.

AMERICAN EXPRESS,

    Defendant.
_____/

Case No. 24-12393

Hon. F. Kay Behm
Hon. Anthony P. Patti

### ORDER ADOPTING REPORT AND RECOMMENDATION

On May 8, 2025, Magistrate Judge Anthony P. Patti issued a report and recommendation proposing that the court grant Defendant's motion and dismiss Plaintiff's third amended complaint. ECF No. 56. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Patti's analysis and conclusions.

Therefore, it is **ORDERED** that Magistrate Judge Patti's report and recommendation (ECF No. 56) is **ACCEPTED** and **ADOPTED** as the order of the court.

It is further **ORDERED** that Defendant's motion to dismiss (ECF No. 38) is **GRANTED.**

**SO ORDERED.**

Dated: June 4, 2025                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge